**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Angeleta Rodriguez v. Roger Janki

Appellate case number:    01-19-00019-CV

Trial court case number:  1120842

Trial court:              County Civil Court at Law No. 4 of Harris County

On August 13, 2019, we dismissed the appeal for want of prosecution after appellant, Angeleta Rodriguez, failed to file a brief. *See Rodriguez v. Janki*, No. 01-19-00019-CV, 2019 WL 3783334 (Tex. App.—Houston [1st Dist.] Aug. 13, 2019, no pet. h.). Appellant has now filed motions seeking an order to "get case" to "mediation court" and other unspecified relief. Appellant's motions are **dismissed as moot**.

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd_____
                    ☑ Acting individually    ☐ Acting for the Court

Date:  __August 29, 2019____

1